IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Criminal No. 18-00103-01-CR-W-GAF |
| ) | |
| SENECA HARRISON, ) | |
| ) | |
| Defendant. ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 10, 2018, a criminal complaint was filed against defendant Seneca Harrison. On May 1, 2018, the Grand Jury returned a one-count indictment against defendant Seneca Harrison charging him with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Moeder
    Case Agent: ATF Agent Jeffrey Brock
    Defense: Robert Kuchar/Mark Ermine

**OUTSTANDING MOTIONS**:

| 07/02/2018 | 19 | MOTION to suppress by Seneca Harrison. Suggestions in opposition/response due by 7/16/2018 unless otherwise directed by the court. (Kuchar, Robert) (Entered: 07/02/2018) **Hearing held 8/9/2018**. (The Report and Recommendation will be issued prior to September 7, 2018) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: 8 without stipulations
    Defendants: The only witness is possibly the defendant

**TRIAL EXHIBITS**
    Government: 20 exhibits (mainly photos)
    Defendant: 0 exhibits for defendant

**DEFENSES**:  General denial

**POSSIBLE DISPOSITION**:
( ) Definitely for trial; (X) Possibly for trial; ( ) Likely a plea will be worked out

**TRIAL TIME:  2 days**
Government's case including jury selection:   2 days
Defense case:  The defendant is the only possible witness and defense counsel believes the entire case can be concluded in two days.

**STIPULATIONS**:  Defendant may possibly agree to stipulate to his felony status.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

**Witness and Exhibit List**
Government: (none filed) **no later than thirty days prior to trial (**Government counsel will file their witness and exhibits lists today)
Defense: (none filed) **no later than thirty days prior to trial**

**Counsel are requested to list witnesses in alphabetical order on their witness list.**

**Exhibit Index, Voir Dire, Jury Instructions:  Noon, Wednesday, September 19, 2018.
Please Note**: Jury instructions must comply with Local Rule 51.1

**Motion in Limine:**  None planned

**TRIAL SETTING**: Criminal jury trial docket set for September 24, 2018.

**Please note:**  Government counsel asks that the case be set on the second week of the docket.  Government counsel anticipates that another case for which he is trial counsel, Case No. 16-00374, will be set for trial the first week of the September criminal trial docket.

**IT IS SO ORDERED.**

_____
SARAH W. HAYS
United States Magistrate Judge