# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 18-00103-01-CR-W-GAF |
| ) | |
| SENECA HARRISON, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court Defendant's Motion to Suppress Evidence (Doc. #19). Defendant seeks to suppress all evidence, and testimony related to such evidence, obtained as a result of an unlawful search[1] and seizure of defendant in violation of his rights under the Fourth Amendment.

On August 9, 2018 United States Magistrate Judge Sarah W. Hays conducted an evidentiary hearing on defendant's motions. On September 6, 2018, Judge Hays issued her Report and Recommendation (Doc. #33). Defendant filed his Objections to the Report and Recommendation (Doc. #39) on September 20, 2018.

Upon careful and independent review of the pending motion, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of United States Magistrate Judge Sarah W. Hays. Accordingly, it is hereby

ORDERED that Defendant's Motion to Suppress Evidence (Doc. #19) is DENIED.

                                                            s/ Gary A. Fenner
                                                            GARY A. FENNER, JUDGE
                                                            UNITED STATES DISTRICT COURT

DATED: September 20, 2018

---

[1] At the suppression hearing on August 9, 2018, defense counsel advised that defendant was challenging the stop, rather than the search, of the vehicle. (Tr. At 39).