IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 18-00103-01-CR-W-GAF |
| | ) | |
| SENECA HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On April 10, 2018, a criminal complaint was filed against Defendant Seneca Harrison. On May 1, 2018, the Grand Jury returned a one-count indictment against Defendant Seneca Harrison. Count One of the indictment charges Defendant with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
    Government: Matthew Moeder
    Case Agent: ATF Agent Jeffrey Brock
    Defense: Robert Kuchar

**OUTSTANDING MOTIONS**:

| 10/08/2018 | view42 | MOTION in limine *to Offer Rule 404(b) Evidence and Notice Thereof* by USA as to Seneca Harrison. Suggestions in opposition/response due by 10/22/2018 unless otherwise directed by the court. (Moeder, Matthew) (Entered: 10/08/2018) |
|---|---|---|

**TRIAL WITNESSES**:
    Government: with stipulations; 13 potential without stipulations (probably closer to 5)
    Defendants: 1 witness, including the defendant

**TRIAL EXHIBITS**
    Government: 25 exhibits
    Defendant: 0 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
    ( X ) Definitely for trial; (  ) Possibly for trial; (  ) Likely a plea will be worked out

**TRIAL TIME:   1.5 days total**
    Government's case including jury selection:  _____  days
    Defense case: _____ day

**STIPULATIONS**: Defense counsel expects stipulation as to prior convictions.

**UNUSUAL QUESTIONS OF LAW:**  None

**FILING DEADLINES:**

    **Witness and Exhibit List**
    Government: filed on October 8, 2018
    Defense: **Due on or before October 16, 2018.**

    Counsel are requested to list witnesses in alphabetical order on their witness list.

    **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, October 24, 2018.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine:** Government's Motion in Limine filed October 8, 2018

**TRIAL SETTING**: Criminal jury trial docket set for October 29, 2018.

    **Please note:** Possible bench trial. Defense counsel has a conflict (training) on the second week. Government counsel would prefer the second week.  Government counsel has three cases on the October 29, 2018 docket.  One case, USA v. Schrand (4:17-cr-00100-GAF), has many more witnesses and some of the witnesses have conflicts on the second week. Therefore the Government is requesting that Schrand case be set for the first week. Government counsel has a training on the second week at the end of the week.  If it is a bench trial it will probably be a one day trial.  Government counsel could possibly do the latter part of the first week if it is a bench trial.

**IT IS SO ORDERED.**

                                                   */s/ Lajuana M. Counts*
                                                   Lajuana M. Counts
                                                   United States Magistrate Judge