IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 18-00103-01-CR-W-GAF |
| | ) | |
| SENECA HARRISON, | ) | |
| | ) | |
| Defendant. | ) | |

MEMORANDUM OF MATTERS DISCUSSED AND
ACTION TAKEN AT PRETRIAL CONFERENCE

**PENDING CHARGE**: On May 1, 2018, the Grand Jury returned a one-count indictment against Defendant Seneca Harrison. Count One of the indictment charges Defendant with being a felon in possession of a firearm.

The following matters were discussed and action taken during the pretrial conference:

**TRIAL COUNSEL**:
      Government:  Matthew Moeder
      Case Agent:  ATF Agent Jeffrey Brock
      Defense: Robert Kuchar

**OUTSTANDING MOTIONS**:

| 10/08/2018 | view42 | MOTION in limine *to Offer Rule 404(b) Evidence and Notice Thereof* by USA as to Seneca Harrison. Suggestions in opposition/response due by 10/22/2018 unless otherwise directed by the court. (Moeder, Matthew) (Entered: 10/08/2018) |
|---|---|---|

**TRIAL WITNESSES**:
      Government:   with stipulations; 13 potential without stipulations (probably closer to 5)
      Defendants:   1 witness, including the defendant

**TRIAL EXHIBITS**
      Government:   25 exhibits
      Defendant:    0 exhibits for defendant

**DEFENSES**: General denial

**POSSIBLE DISPOSITION**:
        (X ) Definitely for trial; (   ) Possibly for trial; (   ) Likely a plea will be worked out

**TRIAL TIME:**   **1.5 to 2 days total**
        Government's case including jury selection:   days
        Defense case:  day

**STIPULATIONS**: Defense counsel expects stipulation as to prior convictions.

**UNUSUAL QUESTIONS OF LAW:** None

**FILING DEADLINES:**

    **Witness and Exhibit List** (per the Scheduling and Trial Order, all Witness and Exhibit Lists were due thirty days prior to trial)

    Government: Witness and Exhibit lists filed on October 8, 2018.
        Any updated list **due on or before November 20, 2018**

    Defense: **Due on or before November 20, 2018.**

    **Counsel are requested to list witnesses in alphabetical order on their witness list.**

    **Exhibit Index, Voir Dire, Jury Instructions:  Due by noon, Wednesday, Due on or before November 28, 2018.**

    **Please Note**: Jury instructions must comply with Local Rule 51.1

    **Motion in Limine: Due on or before November 28, 2018**
        Government's Motion in Limine filed October 8, 2018

**TRIAL SETTING**: Criminal jury trial docket set for December 3, 2018.

    **Please note:**   Both parties available both weeks.

**IT IS SO ORDERED.**

                              */s/ Lajuana M. Counts*
                              Lajuana M. Counts
                              United States Magistrate Judge